UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.09-14607

FAOUAZ MOURAD,

       Plaintiff(s),

-V-

AMERICAN HOME MORTGAGE SERVICING, INC.,

       Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse,in the City of
Detroit, State of Michigan, on December 15, 2009.

PRESENT:  THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED with prejudice pursuant to the stipulation of the parties filed December 14, 2009.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated:  December 15, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 15, 2009, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager